| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | JS-6 |

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 19-1125-JFW(SPx)** | Date: July 25, 2019 |

Title:   Mark Davis -v- The Prudential Insurance Company of America

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 28, 2019, this action is hereby **REMANDED** to San Bernardino Superior Court.  The Scheduling Conference, currently on calendar for July 29, 2019, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.